AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Damacio Ruperto TISTA-TEMU<br>a/k/a Jesus Antonio Lopez Lopez<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 3:19mj 93<br>)<br>)<br>)<br>) |

FILED JUL 16 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2019__ in the county of __Chesterfield__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Heather Mansfield

_Complainant's signature_

Richard M. Tine, Deportation Officer, ICE
_Printed name and title_

Sworn to before me and signed in my presence.

/S/
David J. Novak
United States Magistrate Judge
_Judge's signature_

Date: __July 16, 2019__

City and state: __Richmond, Virginia__        David J. Novak, United States Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19mj93 |
| | ) | |
| Damacio Ruperto TISTA-TEMU | ) | |
| a.k.a. Jesus Antonio LOPEZ LOPEZ, | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Richard Tine, being duly sworn state the following:

1. I am a Deportation Officer for U. S. Immigration & Customs Enforcement ("ICE") and am currently assigned to the Richmond Sub-Office of the Washington Field Office. I have been employed by the Agency since March 2010. My duties as a Deportation Officer involve enforcement of the Immigration and Nationality Act, particularly the location and apprehension of criminal aliens for prosecution and removal.

2. This affidavit is in support of a criminal complaint charging Damacio Ruperto TISTA-TEMU, with Reentry After Deportation, in violation of 8 U.S.C. § 1326(a). As described herein, Damacio Ruperto TISTA-TEMU, a citizen of Guatemala, is an alien who was previously removed from the United States, reentered the United States, and was found in the United States within the Eastern District of Virginia without having first obtained the express consent of the Attorney General or, his successor, the Secretary of Homeland Security.

1

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause but is not intended to include each and every fact and matter observed by me or known to the government.

4. A review of ICE's files and computer records revealed that TISTA-TEMU, born March 27, 1994 in Guatemala, and at all times a citizen of Guatemala, was first encountered in the United States without inspection near Sasabe, Arizona on or about May 8th, 2012 by the United States Border Patrol.

5. On or about May 8, 2012, TISTA-TEMU was placed in Removal Proceedings and issued a form I-860 Notice of Order of Expedited Removal.

6. On or about June 6, 2012, TISTA-TEMU was removed from the United States to Guatemala as verified by form I-296 in his Alien Registration file.

7. On a date after June 6, 2012, TISTA-TEMU reentered the United States at or near La Grulla Texas without permission of the United States Attorney general or the Secretary of Homeland Security.

8. On or about October 20, 2013, TISTA-TEMU was encountered by the United States Border Patrol near La Grulla Texas. Upon review of

          database information to include fingerprint information, immigration authorities concluded that TISTA-TEMU had been deported previously.

9. On or about October 21, 2013, TISTA-TEMU was served with an I-871 Notice of Intent to Reinstate a Prior Removal Order.

10. On or about December 13, 2013, TISTA-TEMU was removed from the United States.

11. On a date after December 13, 2013 TISTA-TEMU reentered the United States at an unknown location and time without permission of the United States Attorney General or the Secretary of Homeland Security.

12. On or about July 9, 2019, TISTA-TEMU was encountered by Richmond Immigration and Customs Enforcement Officers, in North Chesterfield Virginia. A check of Immigration databases revealed that TISTA-TEMU had been previously ordered removed from the United States. This was confirmed through fingerprint identification.

13. Based on the facts and information set forth above, I respectfully submit that there is probable cause to believe that TISTA-TEMU illegally reentered the United States after having been deported or removed, in violation of Title 8, United States Code, Section 1326 (a).

Richard Tine
Deportation Officer
United States Immigration &
Customs Enforcement

Sworn to and subscribed before me
At Richmond, Virginia
July 16, 2019

_____/S/_____
David J. Novak
United States Magistrate Judge

Honorable David J. Novak
United States Magistrate Judge

4